**Mavanane Hewa George DE SILVA, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 02–60953.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 2003.

Catherine Lampard–Naccari, New Orleans, for Petitioner.

Jason S. Patil, US Department of Justice Civil Division, Washington, for Respondent.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Mavanane Hewa George De Silva petitions for review of the Board of Immigration Appeals' decision dismissing his appeal from the immigration judge's decision to deny his application for asylum, withholding of deportation, and relief under the Convention Against Torture. He argues that the Board of Immigration Appeals erred when it concluded that he had not been the victim of past persecution and that his fear of being persecuted upon removal was not well-founded. We have reviewed the record and the briefs and determine that the Board's decision is sup-

ported by substantial evidence and that the evidence in the record does not compel a contrary conclusion. *See INS v. Elias–Zacarias*, 502 U.S. 478, 483–84, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992); *Mikhael v. INS*, 115 F.3d 299, 302 (5th Cir.1997). Accordingly, the petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.